IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHERYL A. KATTAN, ) <br> JOY D. ABEL, PAMELA J. DERK, ) <br> CASSANDRA FRYSINGER, and ) <br> CASSAUNDRA PORTER ) <br>     Plaintiffs, ) <br> v. ) <br> ) <br> VIRGINIA DEPARTMENT ) <br> OF ENVIRONMENTAL QUALITY ) <br> ) <br>     Defendant. ) | Civil Action No: 3:21-cv-803 |

## PLAINTIFF, CASSANDRA FRYSINGER'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Cassandra Frysinger, and Defendant Virginia Department of Environmental Quality, through their respective counsel, hereby stipulate that Plaintiff's claims asserted against Defendant are dismissed WITHOUT prejudice, with each party to bear its own costs and attorney's fees. If Frysinger refiles her claim in federal court, she must do so in the Richmond Division of this Court.

This 7th day of February, 2022.

**WE ASK FOR THIS:**

| PLAINTIFF, | DEFENDANTS, |
|---|---|
|   /s/ Tim Schulte |   /s/ Brian G. Muse |
| Tim Schulte (VSB #41881) | Brian G. Muse (VSB # 47218) |
| Blackwell N. Shelley, Jr. (VSB #28142) | Wade T. Anderson (VSB# 48051) |
| Shelley Cupp Schulte, P.C. | SANDS ANDERSON PC |
| 3 W Cary Street | 2400 Bank of America Center |
| Richmond VA 23220 | 1111 East Main Street |
| (804) 644-9700 | P.O. Box 1998 |

(804) 278-9634 [fax]
schulte@scs-work.com
shelley@scs-work.com

Sydney E. Rab (VSB # 15105)
5407 Langdon Drive
Richmond, Virginia 23225
(804) 822-8981
msydrab@comcast.net

Timothy E. Cupp (VSB #23017)
Shelley Cupp Schulte, P.C.
1951 Evelyn Byrd Avenue, Suite D
Harrisonburg, VA  22803
(540) 432-9988
(804) 278-9634 [fax]
Cupp@scs-work.com

Richmond, Virginia 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
bmuse@sandsanderson.com
wanderson@sandsanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2022, the foregoing was delivered through the CM/ECF system to be forwarded electronically to all counsel of record:

Brian G. Muse
Wade T. Anderson
SANDS ANDERSON PC
2400 Bank of America Center
1111 East Main Street
P.O. Box 1998
Richmond, Virginia 23218-1998
bmuse@sandsanderson.com
wanderson@sandsanderson.com

*Counsel for Defendant*

_____/s/ Tim Schulte_____

2

Tim Schulte (VSB #41881)
Blackwell N. Shelley, Jr. (VSB #28142)
Shelley Cupp Schulte, P.C.
3 W. Cary Street
Richmond VA 23220
(804) 644-9700
(804) 278-9634 [fax]
schulte@scs-work.com
shelley@scs-work.com