IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHERYL A. KATTAN, et al.,
    Plaintiffs,

v.                                      Civil Action No. 3:21cv803

VIRGINIA DEPARTMENT OF
ENVIRONMENTAL QUALITY,
    Defendant.

## ORDER

On February 7, 2022, the parties filed a joint stipulation of dismissal without prejudice as to Plaintiff Cassandra Frysinger, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 15.) Each party shall bear its own costs and attorney's fees. (*Id.*) Further, the parties agree that "[i]f Frysinger refiles her claim in federal court, she must do so in the Richmond Division of this Court." (*Id.*)

The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to terminate Frysinger from the case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 8 February 2022
Richmond, VA

/s/ John A. Gibney, Jr.
United States District Judge