IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOY D. ABEL,
          Plaintiff,

v.                                       Civil Action No. 3:21cv803

VIRGINIA DEPARTMENT OF
ENVIRONMENTAL QUALITY,
          Defendant.

## ORDER

This matter comes before the Court on the parties' joint stipulation of Fair Labor Standards Act settlement and dismissal with prejudice. (ECF No. 98.) The Court held a hearing on the joint stipulation on November 1, 2023.

For the reasons stated from the bench, the Court finds the settlement agreement reasonable, adequate, and fair as to all parties. Accordingly, the Court APPROVES the settlement agreement and retains jurisdiction to enforce the terms of the settlement in this case. The Court DISMISSES this case WITH PREJUDICE and DIRECTS the Clerk to enter a judgment as a separate docket entry. Pursuant to Federal Rule of Civil Procedure 54 and 29 U.S.C. § 216(b), the plaintiff SHALL move for reasonable attorneys' fees and costs within twenty-one (21) days of the entry of the judgment. In submitting the motion, plaintiff's counsel must submit an affidavit or declaration itemizing time spent on the case and describing the work done and the hourly rate of the person billing the case; explain their lodestar rate; identify any hours plaintiff's counsel has discounted; and submit an affidavit or declaration from an expert to establish the reasonableness of the fees. The defendant SHALL file its response within twenty-one (21) days thereafter and must include

defense counsel's hourly rate of each person billing the case and the firm's itemized billing records.

The Court SCHEDULES a hearing on this motion for **Tuesday, January 16, 2024, at 10:00 a.m.**

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 1 November 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge