AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------   DISTRICT OF   ----------------Virginia--------------------
Richmond Division

Joy D. Abel,

    Plaintiff,

v.

Virginia Department of Environmental Quality,

    Defendant.

**JUDGMENT IN A CIVIL CASE**
Case number: 3:21cv803

[ ] **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court**. *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the Court APPROVES the settlement agreement, and retains jurisdiction to enforce the terms of the settlement in this case. The Court DISMISSES this case WITH PREJUDICE.

November 1, 2023
Date

FERNANDO GALINDO,
Clerk

(By) Deputy Clerk